**Order entered December 31, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00983-CV

## HONG ZHUANG, Appellant

## V.

## CARLOS RODRIGUEZ, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18388**

## ORDER

On December 15, 2021, we ordered appellant to file written verification he had paid or made arrangements to pay for the reporter's record and cautioned appellant that failure to comply by December 28, 2021 could result in the appeal being submitted without the reporter's record. Appellant has not complied to date, but by letter filed December 29, 2021, court reporter Terri Etekochay informs the Court payment has been received, and she requests additional time to file the record.

We **GRANT** the request and **ORDER** the record be filed no later than January 28, 2022.

/s/    KEN MOLBERG
JUSTICE